**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Edward Goldwater, | No. CV 05-1948-PHX-SMM |
| Plaintiff, | **ORDER** |
| vs. | |
| Judy Freigo, State of Arizona Attorney General, | |
| Defendants. | |

Pending before the Court is Petitioner's Motion to Stay the Proceedings (Doc. 47). However, on March 20, 2007, Petitioner's Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 was denied with prejudice and judgment was entered for respondents and against petitioner. Consequently, the action was dismissed with prejudice and there exist no proceedings for the Court to stay pending an appeal.

DATED this 2nd day of January, 2008.

Stephen M. McNamee
United States District Judge